CHARLOTTE PATTERSON, Appellant, v. ANNIE S. JOHNSON, Respondent.— Order of the County Court of Nassau county opening defendant's default affirmed in so far as appealed from, without costs, with leave to defendant to serve her proposed answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM F. DUELL, Appellant.— Appeal dismissed on call of calendar, there being no appearance for appellant. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ALBERT FRENCH, Respondent, v. MARGARET F. FENN, Appellant.— Interlocutory judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

MARY S. GREEN, Respondent, v. TIMOTHY J. MacDONNELL and Others, Copartners Doing Business under the Firm Name and Style of MacDONNELL BROTHERS, Appellants.— Judgment in favor of plaintiff, respondent, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

GIZELLA A. COUCHMAN, Respondent, v. MANHATTAN SAVINGS INSTITUTION, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

ANTONI DANYLCZAK and Another, Respondents, v. POLISH AMERICAN COOPERATIVE SAVINGS AND LOAN ASSOCIATION, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

MARGARET A. KELLY, Respondent, v. ARNINK EXPRESS COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

MARY E. KELLY, Respondent, v. ARNINK EXPRESS COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

PHILIP MERKIN, Respondent, v. CONGREGATION KHAL CHASIDIE SKWERE, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

NEPPERHAN CONCRETE PRODUCTS CORPORATION, Appellant, v. PAINO BROS., INC., Defendant, and CLEMENTE CONTRACTING CO., INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

JOHN C. PAPADOPULOS, JR., Respondent, v. RUDOLPH CONFIELD and Another, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.